IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| BETTY GRENEKER and<br>GREGORY GRENEKER,<br>JOSH GRUNDNER and<br>CAROLINE GRUNDNER,<br>YAZMIN ROMAN and<br>RICARDO ROMAN-VAZQUEZ,<br>JENIFER CAMPBELL and<br>VICKAL CAMPBELL,<br>ROSEMARY PASTULA and<br>JOHN PASTULA, and<br>ANTHONY SNYDER,<br><br>    Plaintiffs,<br><br>v.<br><br>DR HORTON, INC., and<br>UPONOR, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE NO.:<br><br>4:24-cv-00283-WMR |

**DEFENDANT'S MOTION TO DISMISS
AND TO COMPEL ARBITRATION**

COMES NOW DR Horton, Inc., a defendant in this lawsuit ("Defendant"), and files this *Motion to Dismiss and to Compel Arbitration*, respectfully showing the Court as follows:

According to the Home Purchase Agreements signed by the Plaintiffs in this matter, Plaintiffs agreed that any claims related to the construction of their homes would be brought and decided **only** through binding arbitration. As outlined in Defendant's brief in support of this motion, such arbitration provisions are binding

and enforceable under Georgia law. Accordingly, Defendant is entitled to an Order dismissing this action and requiring Plaintiffs to submit any claims to binding arbitration, as provided in each party's Home Purchase Agreement.

Wherefore, Defendant DR Horton, Inc. prays that this Motion to Dismiss and to Compel Arbitration be heard and granted.

Respectfully submitted this 4th day of December, 2024.

HAWKINS PARNELL & YOUNG LLP

/s/ Matthew Barr
Debra LeVorse
Georgia Bar No. 242229
Matthew Barr
Georgia Bar No. 039481

303 Peachtree Street, N.E., Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(855) 889-4588 (facsimile)
dlevorse@hpylaw.com
mbarr@hpylaw.com

Counsel for Defendant DR Horton, Inc.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| BETTY GRENEKER and<br>GREGORY GRENEKER,<br>JOSH GRUNDNER and<br>CAROLINE GRUNDNER,<br>YAZMIN ROMAN and<br>RICARDO ROMAN-VAZQUEZ,<br>JENIFER CAMPBELL and<br>VICKAL CAMPBELL,<br>ROSEMARY PASTULA and<br>JOHN PASTULA, and<br>ANTHONY SNYDER,<br><br>     Plaintiffs,<br><br>v.<br><br>DR HORTON, INC., and<br>UPONOR, INC.<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE NO.:<br><br>4:24-cv-00283-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing

*Defendant's Motion to Dismiss and to Compel Arbitration* on the following counsel

of record by electronic filing:

| | |
|---|---|
| Marc A. Wites, Esq.<br>Wites & Rogers<br>1055 Howell Mill Road, Suite 800<br>Atlanta, GA 30318<br>mwites@witeslaw.com<br>*Counsel for Plaintiffs* | Chuck M. Douglas, Esq.<br>Wakhisi-Douglas, LLC<br>1055 Howell Mill Road, Suite 800<br>Atlanta, GA 30318<br>cmdouglas@wd-law.net<br>*Counsel for Plaintiffs* |

3

Howard Lieber, Esq.
Grotefeld Hoffman, LLP
311 S Wacker Drive
Suite 1500
Chicago, IL 60606
hlieber@ghlaw-llp.com
*Counsel for Uponor, Inc.*


This 4th day of December, 2024.


HAWKINS PARNELL & YOUNG LLP


303 Peachtree Street, N.E., Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(855) 889-4588 (facsimile)
dlevorse@hpylaw.com
mbarr@hpylaw.com

*/s/ Matthew Barr*
Debra LeVorse
Georgia Bar No. 242229
Matthew Barr
Georgia Bar No. 039481

*Counsel for Defendant DR Horton, Inc.*

4