**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

|  |  |
|---|---|
| BETTY GRENEKER and GREGORY GRENEKER, JOSH GRUNDNER and CAROLINE GRUNDNER, YAZMIN ROMAN and RICARDO ROMAN-VAZQUEZ, JENIFER CAMPBELL and VICKAL CAMPBELL, ROSEMARY PASTULA and JOHN PASTULA, and ANTHONY SNYDER, <br><br> Plaintiffs, <br><br> v. <br><br> D.R. HORTON, INC., and UPONOR, INC., <br><br> Defendants. | Civil Action No. 4:24-cv-00283-WMR |

**DEFENDANT UPONOR, INC.'S MOTION TO
DISMISS AND TO COMPEL ARBITRATION**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, Federal Rule of

Civil Procedure 12(b)(1), other applicable law, and the written agreements between

the parties, Defendant Uponor, Inc. ("Uponor") respectfully moves this Court for an

Order dismissing this case and compelling arbitration.  In support of this Motion,

Uponor relies on its Memorandum of Law in Support, which is filed contemporaneously herewith.

Respectfully submitted this 4th day of December 2024.

|  | TROUTMAN PEPPER<br>HAMILTON SANDERS LLP |
|---|---|
| 600 Peachtree Street, N.E.<br>Suite 3000<br>Atlanta, GA 30308<br>Telephone: (404) 885-3000<br>Facsimile: (404) 885-3900<br>david.norden@troutman.com | */s/ David F. Norden*<br>David F. Norden<br>Georgia Bar No. 545647<br><br>*Attorneys for Defendant Uponor, Inc.* |

## <u>FONT CERTIFICATION</u>

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing document was

prepared using Times New Roman 14-point type as provided in Local Rule 5.1.

*/s/ David F. Norden*
David F. Norden
Georgia Bar No. 545647

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December 2024, I electronically filed the foregoing **DEFENDANT UPONOR, INC.'S MOTION TO DISMISS AND TO COMPEL ARBITRATION** with the Clerk of Court using the CM/ECF system and served all counsel of record with a copy via U.S. Mail with adequate first class postage affixed thereto as follows:

Chuck M. Douglas
WAKHISI-DOUGLAS, LLC
1055 Howell Mill Road, Suite 800
Atlanta, GA  30318
cmdouglas@wd-law.net

Debra E. Lavorse
HAWKINS, PARNELL & YOUNG, LLP
303 Peachtree Street, N.E.
4000 SunTrust Plaza
Atlanta, GA 30308
dlavorse@hpylaw.com

Marc A. Wites
Chuck M. Douglas
WITES & ROGERS
1055 Howell Mill Road, Suite 800
Atlanta, GA  30318
mwites@witeslaw.com
cmdouglas@wd-law.net

*Attorneys for Defendant D.R. Horton, Inc.*

*Attorneys for Plaintiffs*

/s/ David F. Norden
David F. Norden
Georgia Bar No. 545647