## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| BETTY GRENEKER and<br>GREGORY GRENEKER,<br>JOSH GRUNDNER and<br>CAROLINE GRUNDNER,<br>YAZMIN ROMAN and<br>RICARDO ROMAN-VAZQUEZ,<br>JENIFER CAMPBELL and<br>VICKAL CAMPBELL,<br>ROSEMARY PASTULA and<br>JOHN PASTULA, and<br>ANTHONY SNYDER,<br><br>     Plaintiffs,<br><br>vs.<br><br><br>DR HORTON, INC., and<br>UPONOR, INC.<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>CIVIL ACTION NO.:<br>4:24-cv-00283-WMR |

## ORDER

WHEREAS, on December 20, 2024, this Court entered an Order [Doc 7] GRANTING parties' Joint Motion for Extension of Time for Plaintiffs to Respond to Defendants' Respective Motions to Compel Arbitration and for the Parties to Submit a Proposed Order Granting such Motions within thirty (30) days from the date of the December 20, 2024 Order; and,

WHEREAS, it has now been forty-two (42) days from the Court's December 20, 2024 Order [Doc 7] and the parties have not submitted any Orders or other documents related to the pending Motion to Dismiss [Doc 4] and Motion to Dismiss and Compel [Doc 5].

NOW, THEREFORE, parties are hereby ORDERED to submit their order(s) no later than February 5, 2025, or this case will be dismissed.

So ORDERED this 31st day of January, 2025



WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE