**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| BETTY GRENEKER and | ) | |
| GREGORY GRENEKER, | ) | |
| JOSH GRUNDNER and | ) | |
| CAROLINE GRUNDNER, | ) | |
| YAZMIN ROMAN and | ) | |
| RICARDO ROMAN-VAZQUEZ, | ) | |
| JENIFER CAMPBELL and | ) | |
| VICKAL CAMPBELL, | ) | |
| ROSEMARY PASTULA and | ) | |
| JOHN PASTULA, and | ) | |
| ANTHONY SNYDER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CIVIL ACTION NO.: 4:24-cv-00283-WMR |
| | ) | |
| DR HORTON, INC., and | ) | |
| UPONOR, INC.. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**AGREED ORDER ON DEFENDANTS**
**MOTIONS TO DISMISS AND COMPEL ARBITRATION**

**THIS MATTER** came before the Court upon Defendant D.R. Horton, Inc.'s December 4, 2024, Motion to Dismiss and Compel Arbitration, and Defendant Uponor, Inc.'s December 4, 2024 Motion to Dismiss and Compel Arbitration. The Court has been advised of the parties' agreement and is otherwise duly advised in the premises. It is hereby **ORDERED AND ADJUDGED** that Defendants' Motions are **GRANTED**.  This matter is dismissed and compelled to arbitration. Plaintiffs may proceed to arbitration pursuant to the agreement reached between the parties.

**DONE AND ORDERED** this _____ day of February, 2025.

_____
HONORABLE WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE